**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**RECEIVED**

**FEB 1 6 2018**

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SYLVESTER SMITH,                     CIVIL ACTION NO. 1:17-CV-1189-P
Petitioner

VERSUS                               JUDGE JAMES T. TRIMBLE, JR.

WARDEN,                              MAGISTRATE JUDGE PEREZ-MONTES
Respondent


## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), and after a de novo review of the record including the objection filed by Petitioner (Doc. 6), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is DENIED and DISMISSED, with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this /6th day of February, 2018.

_____
JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE